IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-497-RJC-DCK

| | |
|---|---|
| SENGLED USA, INC. and ZHEJIANG SHENGHUI LIGHTING CO., LTD., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| TVL INTERNATIONAL, LLC, | ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 81) filed by James M. Dedman, IV, concerning David M. Farnum on October 8, 2019. David M. Farnum seeks to appear as counsel *pro hac vice* for Plaintiffs Zhejiang Shenghui Lighting Co. Ltd. and SengLED USA, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 81) is **GRANTED**. David M. Farnum is hereby admitted *pro hac vice* to represent Plaintiffs Zhejiang Shenghui Lighting Co. Ltd. and SengLED USA, Inc.

**SO ORDERED**.

Signed: October 9, 2019

David C. Keesler
United States Magistrate Judge