UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00497-RJC-DCK

| | |
|---|---|
| SENGLED USA, INC. and ZHEJIANG SHENGHUI LIGHTING CO., LTD, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TVL INTERNATIONAL, LLC, )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER** comes before the Court on Plaintiff Zhejiang Shengui Lighting Co., Ltd.'s ("SengLED CN") Motion to Dismiss. (Doc. No. 51.) This case was transferred from the District of Delaware on October 2, 2019. Before the case was transferred to this Court, SengLED CN filed the instant Motion to Dismiss Defendant's counterclaims. In its supporting brief, SengLED CN relies on the Delaware statute of limitations and case law thereunder, as well as case law from the District of Delaware and the Third Circuit.

**IT IS THEREFORE ORDERED** that SengLED CN's Motion to Dismiss, (Doc. No. 51), is **DENIED without prejudice** to refiling the motion in this Court.

Signed: February 21, 2020

Robert J. Conrad, Jr.
United States District Judge