# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-497-RJC-DCK

| | |
|---|---|
| SENGLED USA, INC. and ZHEJIANG SHENGHUI LIGHTING CO., LTD, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **ORDER** |
| TVL INTERNATIONAL, LLC, ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Motion To Extend Or Stay Certain Deadlines" (Document No. 103) filed September 10, 2020 and Plaintiff's "Motion To Expedite Ruling On Motion To Extend Or Stay Certain Deadlines" (Document No. 105) filed September 15, 2020. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, and noting Defendant's consent, the undersigned will grant the motions.

By the pending motions, Plaintiffs seek to stay the September 21, 2020 deadline to serve their initial invalidity contentions (and other deadlines) and an expedited ruling by the Court on that request. (Document Nos. 103 and 105); see also (Document No. 94). Although Plaintiffs initiated this "action for declaratory judgments of invalidity and non-infringement of U.S. Patent No. 8,907,523 ("the '523 patent")" on July 6, 2018, they now suggest that all deadlines need to be stayed until the Court determines whether Defendant should be allowed to voluntarily dismiss all its counterclaims and/or be compelled to file its initial infringement contentions. Id. See also (Document Nos. 95, 96, 99).

The undersigned observes that Defendant has filed a "…Unified Revised Response To SengLED's Motion To Expedite Ruling On Motion To Extend Or Stay Certain Deadlines, And Response To SengLED's Motion To Extend Or Stay Certain Deadlines" (Document No. 107). By its "…Revised Response…" Defendant reports that the parties have agreed to select a mediator for the purpose of seeking a global resolution of all disputes between them by October 15, 2020. (Document No. 107). As such, Defendant consents to Plaintiffs' request to expedite and extend or stay certain deadlines. Id.

The Court commends the parties' efforts to resolve their disputes and will allow an extension of the case deadlines to accommodate those efforts. If mediation fails, it is unlikely these deadlines will be further extended, regardless of any pending motions.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Motion To Extend Or Stay Certain Deadlines" (Document No. 103) and "Motion To Expedite Ruling On Motion To Extend Or Stay Certain Deadlines" (Document No. 105) are **GRANTED**. The "Claim Construction Scheduling Order" is amended as follows:

| | |
|---|---|
| Serve Initial Invalidity Contentions | October 26, 2020 |
| Exchange of Terms for Construction | November 16, 2020 |
| Exchange Preliminary Claim Construction | December 7, 2020 |
| File Joint Claim Construction Statement | January 6, 2021 |
| Close of Claim Construction Discovery | February 8, 2021 |
| File Opening Claim Construction Brief | February 19, 2021 |
| File Responsive Claim Construction Brief | March 5, 2021 |
| File Reply Claim Construction Brief | March 12, 2021 |
| File Surreply Claim Construction Brief | March 19, 2021 |

**SO ORDERED**.

Signed: September 17, 2020

David C. Keesler
United States Magistrate Judge