IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CV-497-RJC-DCK

| SENGLED USA, INC., and ZHEJIANG SHENGHUI LIGHTING CO., LTD., | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| TVL INTERNATIONAL, LLC, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** regarding the "Motion To Withdraw As Counsel" (Document No. 111) filed November 25, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

By the instant motion, the Wilder Pantazis Law Group, and Raboteau T. Wilder, Jr, as well as Rabon Law Firm, PLLC, and Charles H. Rabon, (the "Movants") move for withdrawal of their appearance in this matter on behalf of TVL International, LLC ("Defendant"). Defendant consents to the motion, but to date, has not had substitute counsel file a Notice Of Appearance. See (Document No. 111-1).

The Movants assert that an issue has arisen "for which Rule 1.16 of the North Carolina Rules of Professional Conduct counsels that Movants should withdraw from this representation." (Document No. 111, p. 2). Movants have offered to provide further explanation *in camera*. Id. See also (Document No. 115, p.3). Movants failed to confer with Plaintiff's counsel pursuant to Local Rule 7.1(b) before filing their motion. Id.

Plaintiff opposes the instant motion, and notes, *inter alia*, that the Movants do not seek to withdraw in two other related cases in which they represent TVL International, LLC. See (Document No. 113, p. 2) (citing 3:19-CV-393-RJC-DCK and 3:19CV-591-RJC-DCK).

Based on the foregoing, the undersigned will accept Movants' offer to provide an *in camera* submission that explains how Rule 1.16 of the North Carolina Rules of Professional Conduct is implicated here. Movants' submission should also address why Rule 1.16 is not applicable to their other representation of this client and what progress Defendant TVL International, LLC has made to identify new counsel.

**IT IS, THEREFORE, ORDERED** that the Wilder Pantazis Law Group, and Raboteau T. Wilder, Jr, as well as Rabon Law Firm, PLLC, and Charles H. Rabon, shall have a brief delivered to the undersigned's chambers for *in camera* review, on or before **December 23, 2020**, that further discusses the reasons and basis for their motion.

**SO ORDERED.**

Signed: December 16, 2020

David C. Keesler
United States Magistrate Judge