IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CV-497-RJC-DCK

| | |
|---|---|
| SENGLED USA, INC., and ZHEJIANG SHENGHUI LIGHTING CO., LTD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TVL INTERNATIONAL, LLC, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Motion To Compel" (Document No. 141), Defendant's counsel's oral "Motion To Withdraw," and the status of the case. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, the undersigned will grant the motions.

The undersigned held a Status and Motion Hearing on February 8, 2022, to consider Plaintiffs' "Motion To Compel" (Document No. 141) and the status of the case, including the Defendant's representation. At the conclusion of the hearing, the undersigned granted Plaintiffs' "Motion To Compel." Notably, no response to the "Motion To Compel" was ever filed, and Defendant did not express any opposition to the motion at the hearing other than an alleged inability to pay the ordered expenses.

In addition, the Court held a discussion, both during open session, and in greater detail during a sealed *ex parte* session, regarding the status of Defendant's counsel. Mr. Charles H. Rabon, Jr. and Mr. Raboteau T. Wilder, Jr. have previously filed two (2) Motions To Withdraw As Counsel. See (Document Nos. 111 and 120). Counsel for Defendant re-asserted at the hearing

that they wish to withdraw from this case with the consent of their client, and made an oral, renewed Motion To Withdraw. Defendant TVL's representative, Mr. Suman, was present at the hearing and stated his consent to counsel's withdrawal. Moreover, Mr. Rabon, Mr. Wilder, and Mr. Suman indicated that TVL International, LLC, does not have the resources to defend this case, does not intend to retain new counsel, and understands that a likely result is a Judgment against Defendant in this case.

Based on the record of this case, including the previous motions to withdraw and *in camera* submissions, as well as the representations of all the attendees at the hearing, the undersigned stated an intent to grant Defendant's counsel's oral "Motion To Withdraw." It is the Court's understanding and expectation that Mr. Wilder and Mr. Rabon will continue to represent TVL International, LLC in the related action, TVL International, LLC v. SengLED, et al., 3:19-CV-393-RJC-DCK.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Motion To Compel" (Document No. 141) is **GRANTED**. The Court re-affirms Defendant's obligation to reimburse Plaintiff's expenses in the amount of **$1,850.00**.

**IT IS FURTHER ORDERED** that Defendant's counsel's oral "Motion To Withdraw" is **GRANTED**. Mr. Charles H. Rabon, Jr. and Mr. Raboteau T. Wilder, Jr. are excused from further representation of Defendant in this case.

**SO ORDERED**.

Signed: February 8, 2022

David C. Keesler
United States Magistrate Judge