UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00497-RJC-DCK

SENGLED USA, INC. and ZHEJIANG
SHENGHUI LIGHTING CO., LTD.,   )
                               )
           Plaintiffs,         )
                               )
    vs.                        )
                               )            **ORDER**
TVL INTERNATIONAL LLC,         )
                               )
           Defendant.          )
_____)

**THIS MATTER** comes before the Court on Plaintiffs' Unopposed Motion to Set Aside Entry of Default and Dismiss with Prejudice (the "Motion"). (Doc. No. 149).

Plaintiffs' Motion moves this Court to set aside their entry of default against Defendant and dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). According to the Motion, "the parties to this action (also parties to two related actions) have been working diligently to resolve all disputes among them. As such, as a part of a larger global resolution among the parties, Plaintiffs now seek to set aside the entry of default against TVL and dismiss with prejudice the instant action." (*Id.*). According to Plaintiffs, their counsel conferred with Defendant's corporate representative, who indicated that Defendant does not oppose the Motion. Counsel for Plaintiffs also conferred with Defendant's counsel in two related actions, who also indicated they do not oppose the Motion.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiffs' Unopposed Motion to Set Aside Entry of Default and Dismiss with Prejudice (Doc. No. 149) is **GRANTED**;

2. The Clerk's entry of default is set aside and this action is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to close this case.

**SO ORDERED.**

Signed: January 11, 2023

Robert J. Conrad, Jr.
United States District Judge