# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Zhejiang Shenghui Lighting Co., LTD<br>SengLED USA, Inc., | ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 3:19-cv-00497-RJC-DCK |
| vs. | ) ) | |
| TVL International, LLC,<br>Defendant(s). | ) ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 11, 2023 Order.

January 11, 2023

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court